UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-22319-CIV-ALTONAGA/Simonton

**VIVIAN ALEMAN-DIAZ**,

    Plaintiff,

vs.

**AYINTOVE ASSOCIATES, LLC**,
*et al.,*

    Defendants.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** came before the Court upon the Second Joint Motion to Approve Settlement Agreement . . . ("Motion") [ECF No. 25], filed on January 29, 2014. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not excessive. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Motion **[ECF No. 25]** is **GRANTED**.

    2.    The Settlement Agreement **[ECF No. 25-1]** between Plaintiff, Vivan Aleman-Diaz, and Defendants, Ayintove Associates, LLC, *et al.*, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

    3.    This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

    4.    All pending motions are **DENIED as moot**.

Case No. 13-22319-CIV-ALTONAGA/Simonton

     5.     The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of February, 2014.

                                                   **CECILIA M. ALTONAGA**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record